**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE: | CASE NO. 11-30118 |
| | (CHAPTER 7) |
| BRUCE E. SPENCER | (JUDGE HUMPHREY) |
| CHRISTIE A. SPENCER | |
| | **WITHDRAWAL OF TRUSTEE'S** |
| Debtors | **OBJECTION TO CLAIM OF EXEMPT** |
| | **PROPERTY (DOC. #22)** |

……………………..................................................................................................................

The Trustee's Objection to Claim of Exempt Property filed April 7, 2011 (Doc #22), is hereby **WITHDRAWN**.

      /s/ John G. Jansing
John G. Jansing #0040926
124 East Third Street, Suite 300
Dayton, Ohio 45402
(937) 228-3889   FAX: (937) 223-3848
E-mail: jjansing@hedrickjordan.com
Attorney for John G. Jansing, Trustee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of May 2011, a copy of the foregoing Withdrawal was electronically served on the U.S. Trustee at ustpregion09.cb.ecf@usdoj.gov, and David M. Martin, Esq. at davidmartin@erinet.com, Gilbert B. Weisman, Esq. at notices@becket-lee.com, Patti H. Bass, Esq. at ecf@bass-associates.com and Elizabeth Alphin, Esq. at loubnotices@mapother-atty.com, all registered ECF participants, through the Court's transmission facilities and that the following persons were mailed a copy of the Withdrawal by ordinary U.S. Mail, postage prepaid, addressed to:

Bruce E. Spencer and Christie A. Spencer    American Express Bank FSB
435 Wildwood Drive    c/o Becket & Lee LLP
Springfield, OH 45504    P. O. Box 3001
    Malvern, PA 19355-0701

HSBC Bank Nevada  
Bass & Associates PC  
3936 E. Ft. Lowell Road, Suite 200  
Tucson, AZ 85712  

Kevin Clark, Esq.  
1200 Fifth Third Center  
600 Superior Avenue, E.  
Cleveland, OH 44114  

Alan F. Berliner, Esq.  
41 S. High Street, Suite 1700  
Columbus, OH 43215-6101  

                                        /s/ John G. Jansing  
                              John G. Jansing, Attorney for Trustee