**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, DAYTON, OHIO**

| | | |
|---|---|---|
| IN RE: BRUCE E. SPENCER | ) | CASE NO.  11-30118 |
| CHRISTIE A. SPENCER | ) | |
| | ) | |
| Debtors | ) | JUDGE HUMPHREY |
| | ) | CHAPTER 7 |

**NOTICE OF MOTION/OBJECTION**

Creditors Bailey Broadbent, Nicholas Berger, Melanie Berger, Lee Ann Scheonrock, and

Joseph Tritol have filed papers with the court to obtain relief sought in an Amended Motion to

Lift Automatic Stay Pursuant 11 U.S.C. sec. 362(d) to Allow Claimants to Proceed to Liquidate

their Insurance Claims Against the Debtors to the Extent of the Debtor's Insurance.

**Your rights may be affected**.  You should read these papers carefully and discuss them

with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you

may wish to consult one.

If you do not want the court to grant the relief sought in the motion/objection, then on or

before **twenty-one (21) days from the date set forth in the certificate of service for the**

**motion/objection**, you must file with the court a response explaining your position by mailing

your response by regular U.S. Mail to Office of the Clerk, U.S. District Court, Federal Building,

Room 712, 200 West Second Street, Dayton, Ohio 45402, OR your attorney must file a response

using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2)

regular U.S. mail to:

> RICHARD M. GARNER (0061734)
> BEVERLY A. ADAMS (0074958)
> DAVIS & YOUNG
> 600 Superior Ave., East, #1200
> Cleveland, OH 44114

If you or your attorney do not take these steps, the court may decide that you do not

oppose the relief sought in the motion/objection and may enter an order granting that relief

without further hearing or notice.

> Respectfully submitted,
>
> /s/ Richard M. Garner
> RICHARD M. GARNER (0061734)
> Email: rgarner@davisyoung.com
> BEVERLY A. ADAMS (0074958)
> Email:  badams@davisyoung.com
> DAVIS & YOUNG
> 1200 Fifth Third Center
> 600 Superior Avenue, East
> Cleveland, OH 44114
> Phone:  (216) 348-1700; Fax: (216) 621-0602
> *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June 2011, a copy of the foregoing *Amended Motion to Lift Automatic Stay Pursuant 11 U.S.C. sec. 362(d) to Allow Claimants to Proceed to Liquidate their Insurance Claims Against the Debtors to the Extent of the Debtor's Insurance* and the Notice of Motion/Objection were served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

**David M. Martin**
davidmartin@erinet.com

**John G. Jansing**
jjansing@hedrickjordan.com

**Asst US Trustee (Day)**
USTPRegion09.CB.ECF@usdoj.gov

**Elizabeth Alphin**
loubknotices@mapother-atty.com

**Gilbert B Weisman**
notices@becket-lee.com

**Alan F. Berliner**
**Andrew Turscak, Jr.**
**Michael L. Dillard Jr.**
Alan.Berliner@thompsonhine.com
Andrew.Turscak@thompsonhine.com
Michael.Dillard@thompsonhine.com

**Patti H. Bass**
ecf@bass-associates.com

and on the following by **ordinary U.S. Mail** addressed to:

Bruce E. Spencer
435 Wildwood Drive
Springfield, OH 45504
*Debtor*

Christie A. Spencer
435 Wildwood Drive
Springfield, OH 45504
*Debtor*

Dennis A Lieberman, Special Counsel to the
Attorney General for Ohio Department of Taxation
Attn: Candi S. Rambo, Co-Counsel
15 W. Fourth Street, Suite 100
Dayton, Ohio 45402

*/s/ Richard M. Garner*
RICHARD M. GARNER (0061734)
Email: rgarner@davisyoung.com
BEVERLY A. ADAMS (0074958)
Email:  badams@davisyoung.com