Form a0nfincs

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

---

In Re: Bruce E. Spencer
      Christie A. Spencer
            Debtor(s)

SSN/TAX ID:
    xxx–xx–7312
    xxx–xx–9567

Case No.: 3:11–bk–30118

Chapter: 7

Judge: Guy R Humphrey

---

**NOTICE OF FAILURE TO FILE RULE 1007(b)(7) STATEMENT**

    In accordance with Rule 5009 of the Federal Rules of Bankruptcy Procedure, the Clerk hereby provides notice that pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, a statement regarding completion of a course in financial management (Official Form 23) is required before an Order of Discharge can be issued. If a statement regarding the completion of a course in financial management is not filed within 30 days from the date of this notice, the above captioned case may be closed without the issuance of a discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: August 10, 2011

                                            FOR THE COURT:
                                            Kenneth Jordan
                                            Clerk, U.S. Bankruptcy Court