# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: **BRUCE E. SPENCER** | ) | No. 11-30118 |
| **CHRISTIE A. SPENCER**, | ) | Chapter 7 |
|  | ) |  |
| Debtors. | ) | Hon. Guy R. Humphrey |
|  | ) |  |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
## PURSUANT TO BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned attorney hereby files his appearance as counsel for Hilda L. Solis, Secretary of Labor, United States Department of Labor. The Secretary requests, in accordance with Bankruptcy Rule 2002, that copies of all notices given and required to be given and all papers served and required to be served in this case be sent to the following, and that the following name and address be added to the Debtor's

matrix:    Matthew M. Scheff
Office of the Solicitor
United States Department of Labor
230 South Dearborn St, Suite 844
Chicago, Illinois 60604
scheff.matthew@dol.gov


Dated:    August 19, 2011              Respectfully submitted,

**M. PATRICIA SMITH**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

/s/ Matthew M. Scheff
**MATTHEW M. SCHEFF**
Attorney

**U.S. Department of Labor**
Office of the Solicitor                Attorneys for **HILDA L. SOLIS**,
United States Department of Labor      Secretary of Labor, United States
230 S. Dearborn St., Suite 844         Department of Labor, Plaintiff
Chicago, Illinois 60604
Tel. (312) 353-1218
Fax. (312) 353-5698
Scheff.Matthew@dol.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re:  **BRUCE E. SPENCER** | ) | No. 11-30118 |
| **CHRISTIE A. SPENCER**, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | Hon. Guy R. Humphrey |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2011, a copy of the foregoing *Notice of Appearance* was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

David M. Spencer (Debtor's counsel)
John G. Jansing (Trustee)
Assistant U.S. Trustee

and on the following person(s) by ordinary U.S. Mail addressed to:

Bruce E. Spencer
Christie Spencer
435 Wildwood Dr.
Springfield, OH 45504

Dated:   August 19, 2011                Respectfully submitted,

                        **M. PATRICIA SMITH**
                        Solicitor of Labor

                        **JOAN E. GESTRIN**
                        Regional Solicitor

                        /s/ Matthew M. Scheff
**U.S. Department of Labor**         **MATTHEW M. SCHEFF**
Office of the Solicitor              Attorney
United States Department of Labor
230 S. Dearborn St., Suite 844       Attorneys for **HILDA L. SOLIS**,
Chicago, Illinois 60604              Secretary of Labor, United States
Tel. (312) 353-1218                  Department of Labor, Plaintiff
Fax. (312) 353-5698
Scheff.Matthew@dol.gov