**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: September 14, 2011**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: **BRUCE E. SPENCER** **CHRISTIE A. SPENCER**, Debtors. | ) ) ) ) ) ) | No. 11-30118 Chapter 7 Hon. Guy R. Humphrey |

### ORDER GRANTING SECRETARY OF LABOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT (DOC. 41)

This case coming before the Court and good cause having been shown, the *Secretary of Labor's Unopposed Motion for Extension of Time to File Adversary Complaint To Determine Dischargeability of Debt* (Doc. 41) is GRANTED, and further, it is

ORDERED that the deadline for Hilda L. Solis, Secretary of Labor, United States Department of Labor, to file an adversary complaint on behalf of any ERISA-covered Plans sponsored, administered, or controlled by Bruce E. Spencer, or for which he is otherwise responsible under ERISA, objecting to the discharge of Bruce E. Spencer's debt or debts to such

Plan(s) under §523 of the Bankruptcy Code, is extended from September 30, 2011, through and including November 29, 2011.

**SO ORDERED**

Copies to: Default List

# # #