**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: September 14, 2011**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: **BRUCE E. SPENCER** | ) | No. 11-30118 |
| **CHRISTIE A. SPENCER**, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Hon. Guy R. Humphrey |
| | ) | |

**ORDER GRANTING SECRETARY OF LABOR'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE ADVERSARY COMPLAINT
TO DETERMINE DISCHARGEABILITY OF DEBT (DOC. 41)**

This case coming before the Court and good cause having been shown, the *Secretary of Labor's Unopposed Motion for Extension of Time to File Adversary Complaint To Determine Dischargeability of Debt* (Doc. 41) is GRANTED, and further, it is

ORDERED that the deadline for Hilda L. Solis, Secretary of Labor, United States Department of Labor, to file an adversary complaint on behalf of any ERISA-covered Plans sponsored, administered, or controlled by Bruce E. Spencer, or for which he is otherwise responsible under ERISA, objecting to the discharge of Bruce E. Spencer's debt or debts to such

Plan(s) under §523 of the Bankruptcy Code, is extended from September 30, 2011, through and including November 29, 2011.

**SO ORDERED**

Copies to: Default List

# # #

United States Bankruptcy Court
Southern District of Ohio

In re:  
Bruce E. Spencer  
Christie A. Spencer  
      Debtors

Case No. 11-30118-grh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0648-3    User: sheltonm    Page 1 of 1    Date Rcvd: Sep 14, 2011  
                        Form ID: pdf01    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2011.  
db/jdb     +Bruce E. Spencer,    Christie A. Spencer,    435 Wildwood Drive,    Springfield, OH 45504-1052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2011**        **Signature:** _Joseph Speetjens_