Form 37orfsty

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

---

In Re:  Bruce E. Spencer
       Christie A. Spencer
           Debtor(s)

SSN/TAX ID:
    xxx–xx–7312
    xxx–xx–9567

Case No.: 3:11–bk–30118

Chapter:  7

Judge:  Guy R Humphrey

---

### ORDER CONTINUING AUTOMATIC STAY AND SCHEDULING HEARING

Upon consideration of a request for relief from stay filed herein by Bailey Broadbent et al pursuant to 11 U.S.C. §362(d) and the response filed thereto, it is:

**ORDERED and NOTICE** is hereby given:

1. That the stay imposed by 11 U.S.C. §362(a) is hereby continued in effect until hearing is held upon the request; and

2. That such hearing be and it hereby is scheduled for **September 21, 2011 at 01:30 PM in the East Courtroom, U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402.**

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: September 15, 2011

Guy R Humphrey
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Ohio

In re:                                                              Case No. 11-30118-grh
Bruce E. Spencer                                                    Chapter 7
Christie A. Spencer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0648-3          User: thompsom          Page 1 of 1          Date Rcvd: Sep 15, 2011
                              Form ID: 37orfsty       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2011.
db/jdb         +Bruce E. Spencer,   Christie A. Spencer,   435 Wildwood Drive,   Springfield, OH 45504-1052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2011**                    **Signature:** _/s/ Joseph Speetjens_